**Dismiss and Opinion Filed October 8, 2024**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

## No. 05-24-00307-CV

_____

**JOHN P. JONES, Appellant**

**V.**

**ROLLING CASH UPPER E LP, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-24-00371-E**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Justice Pedersen, III

Appellant's brief in this appeal is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without the reporter's record and for appellant's brief to be filed by August 29, 2024. By postcard dated August 30, 2024, we informed appellant his brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b),

(c).


240307f.p05                                    /Bill Pedersen, III/
                                               BILL PEDERSEN, III
                                               JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

JOHN P. JONES, Appellant

No. 05-24-00307-CV      V.

ROLLING CASH UPPER E LP,
Appellee

On Appeal from the County Court at
Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-24-00371-
E.
Opinion delivered by Justice
Pedersen, III. Chief Justice Burns and
Justice Molberg participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered this 8th day of October, 2024.